Nellie Ramsey, appellee, v. Dr. J. Frank Armstrong, appellant. Gen. No. 38,924.

Opinion filed October 13, 1936.

Macon H. Huggins and James E. White, for appellant. Robert J. Millman and Joseph L. Herr, for appellee.

Mr. Justice McSurely delivered the opinion of the court.

The People of the State of Illinois ex rel. Oscar Nelson, complainant, v. Union Bank of Chicago, defendant.

Lewis M. Williams, appellee, v. James S. Rodie, appellant. Gen. No. 38,943.

Opinion filed October 13, 1936.

Schuyler, Weinfeld & Hennessy, for appellant; Theodore E. Zahler and Lawrence Nelson, Jr., of counsel. Kamfner, Halligan & Marks, for appellee; Samuel M. Lanoff, of counsel.

Mr. Justice O'Connor delivered the opinion of the court.

## SECOND DISTRICT.

The People of the State of Illinois, defendant in error, v. Ira Page, plaintiff in error. Gen. No. 9,057.

Opinion filed September 3, 1936.

C. H. Linscott, for plaintiff in error. S. Donald Crowell, for defendant in error.

Mr. Presiding Justice Huffman delivered the opinion of the court.